■ JACQUELINE BAUER et al., Respondents, v. COUNTY OF WESTCHESTER et al,. Defendants, and MARVIN M. MARTENS et al., Appellants.— Appeal from an amended judgment of the Supreme Court, Westchester County, dated October 15, 1968, against appellants, the appeal being limited by appellants' brief to the issues of the amounts of the verdicts in favor of respondents. Amended judgment affirmed insofar as appealed from, with costs. No opinion. Appeal from judgment of said court dated April 25, 1968 dismissed, without costs. That judgment was superseded by the amended judgment, dated October 15, 1968. Christ, Acting P. J., Brennan, Hopkins, Munder and Kleinfeld, JJ., concur.